IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CLARENCE J. PILCEK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:16-CV-00656 |
| **ANADARKO PETROLEUM** | § | |
| **CORPORATION, THE GLOBAL EDGE** | § | |
| **CONSULTANTS, LLC and** | § | JURY TRIAL DEMANDED |
| **KATHRYN EBERWEIN,** | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION TO FILE JOINT MOTION TO
APPROVE CONFIDENTIAL SETTLEMENT
AND TO FILE SETTLEMENT AGREEMENT UNDER SEAL**

Plaintiff Clarence J. Pilcek ("Plaintiff") and Defendants Anadarko Petroleum Corporation, The Global Edge Consultants, LLC, and Kathryn Eberwein ("Defendants") file this their joint motion to file their Joint Motion to Approve Confidential Settlement and to File Settlement Agreement Under Seal as follows:

1.  Plaintiff Clarence J. Pilcek brought this case on March 11, 2016 to recover overtime wages and other damages allegedly owed to him by Defendants pursuant to the Fair Labor Standards Act ("FLSA"). (Doc. No. 1). Plaintiff and Defendants are hereinafter referred to as "the Parties."

2.  On October 20, 2016, a Settlement Conference was held before Magistrate Frances Stacy. The Parties reached a settlement at the Settlement Conference. The terms of the settlement were presented to Magistrate Stacy for approval and are confidential. A formal document memorializing the Parties' confidential agreement ("the Settlement Agreement") has

1

since been drafted and executed.

3. The Settlement Agreement is fully executed and the Joint Motion to Approve Confidential Settlement has been prepared. However, a term of the Settlement Agreement is confidentiality. Accordingly, the parties request leave to file the Joint Motion to Approve Confidential Settlement under seal.

**JOINTLY SUBMITTED BY:**

**Counsel for Plaintiff,
Clarence J. Pilcek:**

DOW GOLUB REMELS & GILBREATH, PLLC

*/s/ Andrew S. Golub*_____
Andrew S. Golub
S.D. ID No. 13812
Texas Bar No. 08114950
2700 Post Oak Blvd., Suite 1750
Houston, Texas 77056
Telephone: 713-526-3700
Facsimile: 713-526-3750

**Counsel for Defendant, Anadarko Petroleum Corporation:**

VINSON & ELKINS L.L.P.

*/s/ S. Grace Ho*_____
S. Grace Ho
Texas Bar No. 24074417
S.D. ID No. 1143266
Thomas H. Wilson
Texas Bar No. 21726500
S.D. ID No. 6585
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: 713-758-2092
Facsimile: 713-615-5024

2

**Counsel for Defendants, The Global Edge Consultants, LLC and Kathryn <u>Eberwein</u>:**

SOUTHERLAND LAW FIRM

<u>*/s/ J. Alfred Southerland*_____</u>
J. Alfred Southerland
Texas Bar No. 18860050
S.D. ID No. 7341
SOUTHERLAND LAW FIRM
4141 Southwest Freeway, Suite 300
Houston, Texas 77027
Telephone: 281-928-4932
Facsimile: 713-228-8507

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record via ECF delivery on December 16, 2016.

                                      <u>*/s/ J. Alfred Southerland*</u>
                                        J. Alfred Southerland