IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARENCE J. PILCEK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:16-CV-00656 |
| ANADARKO PETROLEUM | § | |
| CORPORATION, THE GLOBAL EDGE | § | |
| CONSULTANTS, LLC and | § | JURY TRIAL DEMANDED |
| KATHRYN EBERWEIN, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day came on to be considered the Parties' Joint Motion to Approve Confidential Settlement and to File Settlement Agreement Under Seal. The Court has reviewed the Motion and finds that the Motion has merit. Accordingly, it is

ORDERED that the Parties may file their Joint Motion to Approve Confidential Settlement and Settlement Agreement under seal.

Signed this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE
ALFRED H. BENNETT

1