Case 4:16-cv-00656   Document 29   Filed on 12/22/16 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARENCE J. PILCEK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:16-CV-00656 |
| ANADARKO PETROLEUM CORPORATION, THE GLOBAL EDGE CONSULTANTS, LLC and KATHRYN EBERWEIN, | § § § § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## ORDER

On this day came on to be considered the Parties' Joint Motion to Approve Confidential Settlement and to File Settlement Agreement Under Seal. The Court has reviewed the Motion and finds that the Motion has merit. Accordingly, it is

ORDERED that the Parties may file their Joint Motion to Approve Confidential Settlement and Settlement Agreement under seal.

Signed this 22nd day of December  2016.

_____
UNITED STATES DISTRICT JUDGE
ALFRED H. BENNETT

1